AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:22-CR-049 (LEK) |
| WAYNE MYERS | ) | |
| *Defendant* | ) | |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 27 2022
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/27/2022

*Defendant's signature*

*Signature of defendant's attorney*

Julie Nociolo, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Honorable Lawrence E. Kahn
*Judge's printed name and title*